# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE VILLAS AT BAILEY SPRINGS HOMEOWNERS ASSOCIATION,

    Petitioner

    v.

THE VILLAS AT BAILEY SPRINGS, L.P., MESA HOLDINGS, INC. AND CORNERSTONE DEVELOPMENT GROUPS, INC.,

    Respondents

    v.

HPC ENTERPRISES, INC., ENVIRONMENTAL MATERIALS, LLC A/K/A ENVIRONMENTAL STONE WORKS, BURJA CONSTRUCTION, INC., ARCHER'S EXTERIORS, INC., SCHUYLKILL STONE, INC., ATLANTIC COAST EXTERIORS, INC., SANTOS HOME CORPORATION, INC., AMERICAN ALUMINUM AND INSULATION, COMPLETE FENCING AND JENNA ENTERPRISES, INC., STOCK BUILDING SUPPLIES AND TRUE VALUE HARDWARE, BEN LEWIS PLUMBING, INC., WILLIAMS HEATING AND AIR CONDITIONING, INC., ADVANTAGE SECURITY, INC., SIMPLEX GRINNELL, GOHN AND STAMBAUGH, INC., MONUMENTAL MILL WORK, INC., GROFFDALE CONCRETE WALLS, INC., L AND E BUSTAMENTE CONCRETE CO., INC., D.L. SANBORN CONCRETE CONSTRUCTION, INC., STRUCTUAL

No. 243 MAL 2018

Petition for Allowance of Appeal from the Order of the Superior Court

CONCRETE INC., FRANK GENERAL         :
CONSTRUCTION, HANOVER               :
FOUNDATION COATING CO., PAVE N       :
MORE, INC., MILLER'S PAVING, INC.,    :
AND KINSLEY CONSTRUCTION, INC.,      :
                                     :
                                     :
          Additional Respondents     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.